# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH GALLEGOS<br><br>Debtor. | Bankruptcy Case No. 18-00597 TLM<br><br>Chapter 7 |

## ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST

Based upon the Stipulation regarding relief from the automatic stay filed by U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Secured Creditor"), previously filed with the Court (Docket No. 94), and good cause appearing,

IT IS HEREBY ORDERED:

1. That the automatic stay with respect to the following described real property:

    Lot 53 in Block 2 of SAGUARO CANYON SUBDIVISION NO. 2, according to the official plat thereof, filed in Book 94 of Plats at Pages 11358 through 11363, and as Amended by an Affidavit recorded February 7, 2006 as Instrument No. 106019380, Official records of Ada County, Idaho;

    Commonly known as 570 E Ocelot Court, Meridian, ID 83642;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank Trust National Association as Trustee of Chalet Series III Trust and its successors and assigns to pursue its rights and remedies against the said property under applicable law.

2. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.  //end of text//

DATED:  January 10, 2020



_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE